**UNITED STATES of America, Plaintiff–Appellee**

v.

**Edward JONES, Defendant–Appellant.**

No. 14–2087.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 19, 2014.

Filed: Nov. 24, 2014.

Justin A. Lightfoot, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff-Appellee. Edward Jones, Waverly, IA, pro se.

John Jay Rausch, Rausch Law Firm, Waterloo, IA, for Defendant-Appellant.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Edward Jones directly appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel moves to withdraw, and in a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), he argues that the court abused its discretion in declining to vary below the advisory Guidelines range. After careful review, *see United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (appellate review of sentencing decision), we find that the court did not abuse its discretion in declining to grant the requested variance, *see United States v. Gonzalez,* 573 F.3d 600, 608 (8th Cir.2009) (upholding denial of motion for downward variance where court considered sentencing factors and properly explained rationale). We also conclude that the within-Guidelines-range sentence is substantively reasonable. *See Feemster,* 572 F.3d at 461 (if sentence is within Guidelines range, appellate court may apply presumption of substantive reasonableness). Finally, after independently reviewing the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.